

THE ATTORNEY GENERAL

OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

February 11, 1972

Honorable Bevington Reed
Commissioner, Coordinating Board
Texas College & University System
P. O. Box 12788, Capitol Station
Austin, Texas 78711

Opinion No. M-1065

Re: Whether Texas State
Technical Institute has
the authority to award
baccalaureate degrees.

Dear Dr. Reed:

You ask whether Texas State Technical Institute may award baccalaureate degrees in Technical Education and in Technology at its James Connally campus in Waco.

The James Connally Technical Institute was established in 1965 under the control of the Board of Directors of Texas A&M University. The enabling Act, Article 2615f-1, Vernon's Civil Statutes, is quoted in part as follows:

"Section 2. . . . .

"a. No series of courses or course of study shall be offered which leads to a baccalaureate, masters, doctorate or professional degree; . . ."

In 1969, by Article 2615f-1a, Vernon's Civil Statutes, the Texas State Technical Institute was created with its own board of regents. This statute was codified in 1971 as Section 135 of the Texas Education Code. We note that in the general index to

Title 3-Higher Education, which is a part of the codification enacted by the Legislature, Texas State Technical Institute is listed in Subtitle G – Non-Baccalaureate System.  Section 135 is quoted in pertinent part as follows:

"135.03.   Role and Scope of Institute

(a) The institute shall provide occupationally oriented programs in highly technical and vocational areas, including field or laboratory work and remedial or related academic and technical instruction.  Particular emphasis shall be placed on industrial and technological manpower needs of the state. Technical and vocational programs shall be subject to the approval of the State Board of Vocational Education.  Related academic instruction is subject to the approval of the Coordinating Board, Texas College and University System.

(b) The institute shall provide training programs for technical teachers, counselors, and supervisors which shall be subject to prior and continuing approval of the State Board of Vocational Education.

(c) The institute shall conduct manpower development and utilization research programs for identification of training and retraining needs and projected needs and for curriculum development, either individually or in cooperation with other public and private institutions."

"135.04.   Approval of Programs

(a) Educational programs wholly or partially financed from state funds are subject to the prior approval of the State Board of Vocational Education and the Coordinating Board, Texas College and University System."

"135.51.   Certificates and Diplomas
The board shall prescribe and award certifi-
cates and diplomas limited to those common to
technical education."

We are not apprised of what certificates and diplomas are
"common to technical education" but the several legislative
Acts make clear to us that the Legislature has consistently
viewed Texas State Technical Institute as an intermediate
vocational and technical training institution, with ancillary
academic programs.  According to your request, Texas State
Technical Institute has requested permission to grant baccalaureate
degrees in Technical Education and in Technology.  In Webster's
Third New International Dictionary, a bachelor (baccalaureate)
is defined as "a person who has received what is usually the
first or lowest degree conferred by a college or university or
by some professional schools."

Our opinion is that Texas State Technical Institute does
not have the authority to grant baccalaureate or bachelor degrees.

### S U M M A R Y

The Texas State Technical Institute does
not have the authority to grant baccalaureate
or bachelor degrees.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Malcolm L. Quick
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
John Reeves
Jack Goodman
Ben Harrison
J. C. Davis

SAMUEL D. McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant